# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**PHI TRUONG,**

    **Plaintiff,**

    **v.**

**UNITED STATES
DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT,**

    **Defendant.**

**Misc. No. 04-488 (JMF)**

## ORDER

This case was referred to me to resolve plaintiff's <u>Motion to Challenge Government Access to Records</u>.  On July 21, 2005, I issued an Order stating that:

1.    If HUD has not already done so, HUD is enjoined from sending a certificate of compliance to Citimortgage Corporation; and

2.    If HUD has sent such a certificate and has received plaintiff's financial records, HUD is hereby enjoined from reviewing those records, using any information contained therein in any investigation, and/or sharing them with any other government agency; and

3.    If HUD possesses plaintiff's financial records, HUD shall seal them immediately.

I also stated that these conditions shall remain in force until the final adjudication of this matter.

Because neither HUD nor the United States Attorney's Office had filed an appearance in this case, I sent a copy of the Order to the Civil Division of the U.S. Attorney's Office, so that the

U.S. Attorney's Office could enter its appearance forthwith.  As of August 12, 2005, no

appearance has been entered.  Accordingly, it is, hereby, **ORDERED** that, within 10 days of the

date of this Order, the U.S. Attorney's Office enter its appearance and file its opposition to the

pending motion.  A copy of this Order shall be faxed to Craig Lawrence, Esq., Civil Division of

the U.S. Attorney's Office.

      **SO ORDERED.**


Dated:                              _____
                                       JOHN M. FACCIOLA
                                       UNITED STATES MAGISTRATE JUDGE