UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHI TRUONG,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendant. | Misc. No. 04-488 (JMF) |

ORDER

On August 15, 2005, plaintiff filed a <u>Notice of Voluntary Dismissal</u>,[1] stating that plaintiff and the Office of the Inspector General, Department of Housing and Urban Development had reached agreement on all issues presented to the court, rendering them moot. Accordingly, it is, hereby, **ORDERED** that this case is **DISMISSED with prejudice,** each party to bear its own costs and attorneys' fees.

   **SO ORDERED.**


Dated:                                           _____
                                                 JOHN M. FACCIOLA
                                                 UNITED STATES MAGISTRATE JUDGE

---

   [1] This document was not filed on the docket until August 16, 2005.